AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | |
|---|---|
| MALIBU MEDIA, LLC, <br> *Plaintiff* <br> v. <br> JOHN DOES 1-14, <br> *Defendant* | ) <br> ) <br> ) Case No.  1:12-cv-00263-PPS-RBC <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOHN DOE #6

Date:   10/15/2012

*Attorney's signature*

Conrad Troy Elliott, 30323-02
*Printed name and bar number*

9625 Saint Joseph Street

Leo, IN 46765

*Address*

troyelliottlaw@gmail.com
*E-mail address*

(260) 739-2433
*Telephone number*

*FAX number*