UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-cv-263 |
| | ) | |
| JOHN DOES 1-14, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is a filing by Defendant Doe # 6 entitled "Motion to Sever, Dismissing the Claims Against Does 2-14, and to Quash and Vacate Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action." (Docket # 8.)  But this filing violates Local Rule 7-1(a), which requires that motions must be filed separately.  Moreover, under Local Rule 7-1(b), a motion to dismiss must have a supporting brief filed with it.

Accordingly, Doe # 6 is DIRECTED to file three separate amended motions to: (1) sever, (2) quash and vacate subpoena, and (3) dismiss.  The motion to dismiss must have a brief in support.  The motions are to be filed on or before October 23, 2012.

SO ORDERED.

Entered this 16th day of October, 2012.

S/ Roger B. Cosbey
Roger B. Cosbey,
United States Magistrate Judge