IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 12-cv-263 PPS |
| | ) |
| JOHN DOES 1-14, | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

TO:   Paul J. Nicoletti
      Nicoletti & Associates, PLLC
      36880 Woodward Avenue
      Suite 100
      Bloomfield Hills, MI  48304
      paul@nicoletti-associates.com

The undersigned hereby certifies that on 26th day of October 2012, a copy of the foregoing **Defendant's Motion to Sever** was filed electronically, notice of which will be sent by operation of the court's electronic filing system.

                              s/ P. Stephen Fardy
                              One of the Attorneys for Defendant
                              John Doe No. 7

P. Stephen Fardy, I.D. No. 17941-53
SWANSON, MARTIN & BELL, LLP
330 North Wabash - Suite 3300
Chicago, Illinois  60611
(312)321-9100
(312)321-0990 fax