UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

APPEARANCE

**Malibu Media, LLC**

      Plaintiff

    v.

**John Does 1-14**

      Defendant

Case Number: 12-cv-263

To the Clerk of this court and all parties of record:

    I, the below-signed, state that pursuant to N.D. Ind. L.R. 83-5(e), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for **John Doe No. 7**.

Date: 10/29/2012

Signature: *[signed] J. M. Reilly*

Print Name: **Jonna McGinley Reilly**

Address: **330 N. Wabash Ave., Suite 3300**

City: **Chicago**  State: **IL**  Zip Code: **60611**

Phone Number: **(312) 321-9100**

Fax Number: **(312) 321-0990**

E-mail Address: **jreilly@smbtrials.com**