IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:12-cv-00263-PPS-RBC |
| | : | |
| JOHN DOES 1-14, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE 1 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 1 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 1 was assigned the IP Address 173.15.17.54. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 1 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: October____, 2012

                                                                         Respectfully submitted,

                                                                          By:   /s/ *Paul J. Nicoletti*
                                                                          Paul J. Nicoletti
                                                                         paul@nicoletti-associates.com
                                                                          Law Office of Nicoletti & Associates, PLLC
                                                                          36880 Woodward Avenue, Suite 100
                                                                          Bloomfield Hills, MI 48304
                                                                          Phone:  248-203-7800
                                                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October____, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                            By:  /s/ *Paul J. Nicoletti*
                                                           Paul J. Nicoletti