UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-cv-263-PPS |
| | ) | |
| JOHN DOES 1-14 | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to Plaintiff's Notice of Settlement and Voluntary Dismissal with Prejudice of Jon Doe 1 Only [DE 22], the claims against John Doe 1 are **DISMISSED WITH PREJUDICE**.

This Order shall not affect the claims asserted against John Does 2 through 14.

**SO ORDERED.**

ENTERED: October 30, 2012.

                                            s/ Philip P. Simon
                                            PHILIP P. SIMON, CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT