**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOES 1-14 )<br>)<br>Defendants. ) | Case No. 1:12-cv-263-PPS |

## ORDER

Pursuant to Plaintiff's Notice of Settlement and Voluntary Dismissal with Prejudice of Jon Doe 13 Only (DE 26), the claims against John Doe 13 are **DISMISSED WITH PREJUDICE**. This Order shall not affect the claims asserted against John Does 2 through 12 and John Doe 14 (the claims against John Doe 1 having been previously dismissed).

**SO ORDERED.**

ENTERED: November 2, 2012.

                                            s/ Philip P. Simon
                                            PHILIP P. SIMON, CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT