UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) ) Civil Case No. 1:12-cv-00263-PPS-RBC |
| v. | ) ) ) |
| JOHN DOES 1-14, | ) ) |
| Defendants. | ) ) |

## ORDER ON PLAINTIFF'S MOTION TO STRIKE AMENDED COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's Motion to Strike Amended Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. Plaintiff's Motion is granted.

2. The Amended Complaint filed December 13, 2012 [Dkt. 47] is hereby stricken from the record.

3. The Clerk is instructed to remove the docket text containing Defendants' names from the public docket.

4. Plaintiff may re-file its Amended Complaint under seal.

SO ORDERED this *17th* day of *DECEMBER*, 2012.

By: _____
S/Roger B. Cosbey
U.S. Magistrate Judge