OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FORT WAYNE, INDIANA 46802

OFFICIAL BUSINESS

John Doe 12
PO Box 490
Crown Point, IN 46308

46806@3000

1:12-cv-263

NIXIE  462  4E 1  SE  12/17/12
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 46806300099  *1585-04044-17-31

neopost 12/03/2012
US POSTAGE $01.05
FIRST-CLASS MAIL
ZIP 46802
041L11212186