UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 12-cv-263 |
| | ) |
| JOHN DOES 1-14, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT JOHN DOE NO. 7'S AGREED NOTICE OF AUTOMATIC INITIAL EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant, John Doe No. 7 ("Defendant"), through counsel, Swanson, Martin & Bell, LLP, pursuant to Local Rule 6-1(b), hereby moves this Honorable Court for an automatic initial extension of time of 14 days, or until February 27, 2013, to answer or otherwise plead in response to Plaintiff's Complaint. In support of this motion, Defendant states as follows:

1. Plaintiff filed its Complaint on July 30, 2012.

2. Defendant was served with Summons and the Complaint on January 23, 2013.

3. Defendant's response is presently due on February 13, 2013.

4. The time for Defendant to respond to the Complaint has not yet passed.

5. No extension of time has previously been requested to respond to Plaintiff's Complaint.

6. Counsel for Defendant spoke with counsel for Plaintiff on February 11, 2013 and counsel for Plaintiff does not have any objection to Defendant's request for additional time.

1

WHEREFORE, Defendant, JOHN DOE NO. 7 respectfully requests an initial extension of time of 14 days, or until February 27, 2013, to answer or otherwise plead in response to Plaintiff's Complaint and for any other and such further relief as this Court deems appropriate.

Respectfully submitted,

s/Jonna McGinley Reilly
An attorney for John Doe No. 7

P. Stephen Fardy
Jonna McGinley Reilly
**Swanson, Martin & Bell, LLP**
330 N. Wabash Ave.
Suite 3300
Chicago, IL 60611
(312) 321-9100 (Tel.)
(312) 321-0990 (Fax)
jreilly@smbtrials.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 12-cv-263 PPS |
| | ) |
| JOHN DOES 1-14, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

TO:   Paul J. Nicoletti
Nicoletti & Associates, PLLC
36880 Woodward Avenue
Suite 100
Bloomfield Hills, MI  48304
paul@nicoletti-associates.com

     The undersigned hereby certifies that on 11th day of February 2013, a copy of the foregoing **Defendant's Agreed Notice of Automatic Initial Extension of Time** was filed electronically, notice of which will be sent by operation of the court's electronic filing system.

                                 s/ Jonna McGinley Reilly

                                 One of the Attorneys for Defendant
                                 John Doe No. 7

P. Stephen Fardy
Jonna McGinley Reilly
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash - Suite 3300
Chicago, Illinois  60611
(312)321-9100
(312)321-0990 fax