UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **MALIBU MEDIA LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:12-cv-263 |
| ) | |
| **JOHN DOE 12, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

On October 15, 2012, Attorney Conrad Troy Elliott appeared in this suit for Defendant John Doe 6. (Docket # 7.)  On October 23, 2012, Attorney Elliott filed a motion to sever and a motion to dismiss on John Doe 6's behalf (Docket # 13, 14), and on November 6, 2012, appeared for him at a hearing (Docket # 29).  Nevertheless, on February 25, 2013, John Doe 6 filed *pro se* an Answer with Affirmative Defenses and Counterclaim. (Docket # 84.)

"It is a well established principle of law that courts do not accept filings directly from a party who is represented by counsel; all filings must come from the counsel representing that party." *Agrawal v. Pallmeyer*, No. 1:07-cv-4283, 2008 WL 450818, at *4 (N.D. Ill. Feb. 15, 2008).  Accordingly, the Court *sua sponte* STRIKES John Doe 6's *pro se* Answer with Affirmative Defenses and Counterclaim (Docket # 84), which renders MOOT Plaintiff's Motion to Strike Defendant John Doe 6's Affirmative Defenses (Docket # 94) and Plaintiff's Motion to Dismiss Defendant John Doe 6's Counterclaim (Docket # 95).

SO ORDERED.  Entered this 26th day of March, 2013.

S/ Roger B. Cosbey
Roger B. Cosbey,
United States Magistrate Judge